LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' SAVINGS PLAN OF SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES, <br><br>Plaintiffs, <br><br>v. <br><br>WESTWAY CONSTRUCTION, INC.; MELINEH DER SARKISSIAN; and ZAREH KHANBABYAN, individuals <br><br>Defendants. | Case No. 2:09-cv-07023-GAF-FMO <br><br>[░░░░░░░░] **RENEWAL OF JUDGMENT BY CLERK** |

NOW, upon application of plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Savings Plan of Southern California; Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee; Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan; Board of Trustees of the Southern California Sheet Metal Workers' 401(A) Plan; Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-off Fund; and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles, (collectively the "Trust Funds" or "Plans"), and upon declaration that judgment debtors, Westway Construction, Inc. and Zareh Khanbabyan, individual ("Defendants") have failed to pay the total amount of said judgment; and that Defendants are indebted to the Plans. This renewal applies to all defendants except for Melineh Deer Sarkissian who filed for Chapter 7 bankruptcy on July 31, 2019.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment against Defendants, be renewed in the amount of $199,171.80, which is broken down as follows:

| | | |
|---|---|---|
| a. | Principal: | $146,249.92 |
| b. | Liquidated Damages: | $36,543.55 |
| c. | Judgment interest: | $8,652.46 |
| d. | Attorneys Fees: | $7,225.87 |
| e. | Costs: | $500.00 |
| | Subtotal (Judgment as entered): | $199,171.80 |
| f. | Less credits after judgment: | $109,770.08 |
| **GRAND TOTAL:** | | **$89,401.72** |

**IT IS SO ORDERED.**

Dated: January 22, 2020         *Sharon Hall Brown*
                                Deputy Clerk of Court

KIRY K. GRAY,
Clerk of U.S. District Court

2
[PROPOSED] RENEWAL OF JUDGMENT BY CLERK